IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS RADFORD, #156846,           )
                                   )
          Plaintiff,               )
v.                                 )     CASE NO. 2:13-cv-188-MEF
                                   )
KIM TOBIAS THOMAS, *et al.,*       )
                                   )
          Defendants.              )

# **O R D E R**

On  April 2, 2013, the Magistrate Judge filed a Recommendation (Doc. #5) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The motion for preliminary injunction filed by the plaintiff is DENIED.

3.  This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 2nd day of May, 2013.


_____/s/ Mark E. Fuller_____
UNITED STATES DISTRICT JUDGE