IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS RADFORD, #156846, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-188-MEF |
| | )                     WO |
| KIM TOBIAS THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #93) to the Recommendation of the Magistrate Judge filed on September 11, 2013 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #70) entered on August 19, 2013 is adopted;

3. The motion for preliminary injunction filed by the plaintiff on July 25, 2013 is DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 20th day of September, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE