IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS RADFORD, #156846,          )
                                  )
        Plaintiff,                )
                                  )
vs.                               )   CASE NO 2:13-cv-188-WHA
                                  )
KIM TOBIAS THOMAS, et al.,        )          (WO)
                                  )
        Defendants.                )

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #418), entered on March 1, 2016. After requesting and receiving several extensions of time, no timely objection has been filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' motions for summary judgment are GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISSED with prejudice.

4. Costs of this proceeding are taxed against the Plaintiff.

DONE this 19th day of July, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE